**RECEIVED**
IN LAKE CHARLES, LA.

**DEC 14 2016**

TONY R. MOORE, CLERK
BY_____
                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

UNITED STATES OF AMERICA                    2:13 CR 00224-01

VERSUS                                                    JUDGE MINALDI

SETH RYAN BIVENS                               MAGISTRATE KAY

## MEMORANDUM ORDER

Considering the defendant's Motion to Unseal (Rec. Doc. 71),

There is no transcript filed for the plea hearing held on November 1, 2013.

IT IS ORDERED that the transcript of the October 2, 2014 (Rec. Doc. 61) and the transcript

of the October 16, 2014 (Rec. Dc, 62) hearings be UNSEALED.

IT IS FURTHER ORDERED that this does not relieve the defendant of his obligation to pay

for any transcripts which he requests. If he requests a transcript of the November 1, 2103 hearing,

he must pay the required costs and file the appropriate forms with Court Reporter D.D. Juranka.

Lake Charles, Louisiana, this _____ day of December, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE